UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John C. Votta, Jr.</u>
<u>d/b/a Golden Auto</u>

v.                                    Case No. 08-cv-464-SM

<u>Virginia C. Beecher, Director,</u>
<u>State of New Hampshire,</u>
<u>Department of Motor Vehicles</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Justo Arenas dated February 13, 2009, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

February 26, 2009                    _____
                                     Steven J. McAuliffe
                                     Chief Judge

cc:    John C. Votta, Jr., pro se